## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TANGO SMITH JR.                                                    PLAINTIFF

v.                                    No. 4:14-cv-130-DPM-JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                    DEFENDANT

## ORDER

Unopposed recommendation, № 18, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). The Court affirms the

Commissioner's decision.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_23 December 2014_