IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TANGO SMITH JR.                                                                                    PLAINTIFF

v.                                      No. 4:14-cv-130-DPM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Smith's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 December 2014